MAY 4, 1959.

No. 41. NEW YORK CENTRAL RAILROAD CO. v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL. Appeal from the United States District Court for the District of New Jersey. (Probable jurisdiction noted, 357 U. S. 917.) The motion to vacate the decree is granted and the case is remanded to the United States District Court for the District of New Jersey with directions to dismiss the complaint as moot. *Thomas E. Dewey* and *Gerald E. Dwyer* for the New York Central Railroad Co., appellant-movant. On a stipulation of the parties for dismissal of the case as moot were *Thomas E. Dewey* for the New York Central Railroad Co., appellant; and *David D. Furman* for the Board of Public Utility Commissioners of New Jersey et al., *William A. Roberts* for Bergen County et al., *Solicitor General Rankin* for the United States, and *Robert W. Ginnane* for the Interstate Commerce Commission, appellees.

No. 776. LOCAL No. 8–6, OIL, CHEMICAL AND ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. v. MISSOURI. Appeal from the Supreme Court of Missouri. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Mozart G. Ratner* and *Morris J. Levin* for appellants.

No. 779. FORMAN v. UNITED STATES. C. A. 9th Cir. Certiorari granted. *Solomon J. Bischoff* and *George W. Mead* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.